

Molly M. Ryan | Partner
Direct 315.413.5460 | mryan@goldbergsegalla.com

September 12, 2022

Clerk's Office
US District Court
Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

U.S. DISTRICT COURT
JOHN M. D        , CLERK

SEP 1 4 2022

RECEIVED

**Re:** **Rose E.T. DeGroat v. Buck, et al.**
**Case No.: 3:22-cv-00507 (LEK/ML)**

**Cadji Ferguson v. Buck, et al.**
**Case No.: 3:22-cv-00516 (LEK/ML)**

Dear Clerk:

In regards to defendants' two Motions to Dismiss Pursuant to FRCP 12(b)(6) filed on 9/12/22 in the above entitled related cases, enclosed are two thumb drives. The thumb drives contain the video exhibits to Julie Holcomb's Declarations that we filed with the motions. The thumb drives are as follows:

- Exhibit 1 to Julie Holcomb's Declaration in Case No.: 3:22-cv-00507 with password DeGroat1; and
- Exhibit 1 to Julie Holcomb's Declaration in Case No.: 3:22-cv-00516 with password Ferguson1.

Kindly incorporate these thumb drives with the pending motions. Thank you.

Very truly yours,

*Molly M. Ryan/s/*

Molly M. Ryan

MMR:tmb
encs.

cc:   Edward E. Kopko, Esq. (via mail w/encls.)